GEORGE A. LANGAN, as Trustee of ONONDAGA LITHOLITE COMPANY, Bankrupt, Appellant and Respondent, *v.* FIRST TRUST & DEPOSIT COMPANY et al., Respondents and Appellants, et al., Defendants.

Argued April 12, 1951; decided July 11, 1951.

*Laurence Sovik* and *Martin F. Kendrick* for plaintiff, appellant and respondent.

*H. Duane Bruce* for defendants, respondents and appellants.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., DESMOND, DYE, FULD and FROESSEL, JJ. CONWAY, J., votes to reverse the judgment of the Appellate Division, with costs, and to reinstate the judgment of the Trial Term. Taking no part: LEWIS, J.